UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In* re: Mark E. Peplowski<br>Attorney at Law, Bar No. 7133 | Case No. 2:19-ms-000105<br><br>ORDER PLACING ON DISABILITY INACTIVE STATUS |

On December 12, 2019, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of December 13, 2019. (ECF No. 1.) The OSC provided Mr. Peplowski with 30 days to respond with reasons why this Court should not enter a reciprocal Order of Transfer to Disability Inactive Status. (*Id.*) No response has been received from Mr. Peplowski. Failure to respond within thirty 30 days warrants an order placing Mr. Peplowski on disability inactive status. *See* LR IA 11-7(e)(4).

It is therefore ordered that Mark E. Peplowski, Bar No. 7133, is hereby placed on disability inactive status in the United States District Court for the District of Nevada.

DATED THIS 26th day of February 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 26th day of February 2020, I caused to be served a true and correct copy of the foregoing ORDER PLACING ON DISABILITY INACTIVE STATUS to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Mark E. Peplowski
> c/o Osvaldo Fumo, Esq.
> Pitaro & Fumo, Chtd.
> 601 S. Las Vegas Blvd.
> Las Vegas, NV 89101

Certified Mail No.: 7019 0700 0001 7574 6697

> /s/ Lorena Q.
> Deputy Clerk
> United States District Court,
> District of Nevada